UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESNEDA ZULUAGA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.,<br><br>Defendant. | Civil Action Number: 17-cv-3488<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the instant lawsuit is dismissed with prejudice.

Dated: New York, New York
January 15, 2018

**VARACALLI & HAMRA, LLP**

*/s Salim Katach*
Salim Katach, Esq.
32 Broadway, Suite 1818
New York, New York 10004
Telephone (646) 590-0571
*Attorneys for Plaintiff*

**ZELDES, NEEDLE & COOPER, P.C.**

*/s Sabato Fiano*
Sabato ("Sam") P. Fiano
Michael A. Carbone, Esq.
1000 Lafayette Boulevard, 7th Floor
Bridgeport, CT 06604
Direct Dial: (203) 332-5791
sfiano@znclaw.com
*Attorneys for Defendant*

SO ORDERED:
s/ MKB 1/15/2018

_____
MARGO K. BRODIE
United States District Judge